AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
CASE NUMBER: 1:09-CV-425S

The United States of America,
 ex rel. Osmose, Inc.

v.

Chemical Specialties, Inc., and Viance, LLC

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss the Second Amended Complaint is granted in its entirety and this complaint is dismissed with prejudice. Further, Defendants' Motion to Deem Certain Materials Incorporated into the Complaint is dismissed as moot and this case is closed.

Date: January 23, 2014                           MICHAEL J. ROEMER, CLERK


                                    By:   s/Deborah M. Zeeb
                                          Deputy Clerk